UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA MOLESKY, as guardian at litem for J.M., a minor,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>OSCAR CARRILLO, et al.,<br><br>　　　　　　　Defendants. | Case No. 1:22-cv-01567-ADA-CDB<br><br>**ORDER ON STIPULATION CONTINUING SCHEDULING CONFERENCE**<br><br>(ECF No. 12) |

Pending before the Court is the parties' stipulation, filed February 28, 2023 (ECF No. 12), seeking to continue the scheduling conference from March 6, 2023, to March 9, 2023, due to counsel for Defendants' personal scheduling conflicts. Based on the parties' representations in the stipulation and for good cause appearing, the Court ORDERS that the scheduling conference be continued to March 9, 2023, at 9:30 a.m.

IT IS SO ORDERED.

Dated:　**March 2, 2023**　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE