UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA MOLESKY, as guardian ad litem for J.M., a minor,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>OSCAR CARRILLO, et al.,<br><br>　　　　　　Defendants. | Case No. 1:22-cv-01567-KES-CDB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS APPROVING MOTION FOR MINOR'S COMPROMISE<br><br>(Docs. 39, 40)<br><br>ORDER DIRECTING FILING OF DISPOSITIONAL DOCUMENTS<br><br>45-Day Deadline |

On July 29, 2024, plaintiff J.M., a minor, by and through his parent and guardian ad litem, Lisa Molesky, filed an unopposed petition for approval of the parties' proposed settlement of J.M.'s claims pursuant to Federal Rule of Civil Procedure 17(c) and Local Rule 202(b). Doc. 39. This matter was referred to the assigned United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 29, 2024, the assigned magistrate judge issued findings and recommendations to grant plaintiff's unopposed petition for approval of the proposed settlement of J.M.'s damage claims. Doc. 40. The court served the findings and recommendations on the parties and notified the parties that any objections were due within 14 days. *Id*. at 6. The findings and recommendations advised the parties that failure to file objections within the specified time may

1  result in the waiver of rights on appeal. *Id*. (citing *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir.
2  1991)). More than 14 days have passed, and no objections have been filed.
3     In accordance with 28 U.S.C. § 636(b)(1), this court has conducted a de novo review of
4  this case. Having carefully reviewed the file, the court finds the findings and recommendations to
5  be supported by the record and proper analysis. Accordingly, the Court HEREBY ORDERS:
6     1. The findings and recommendations issued on July 29, 2024 (Doc. 40) are ADOPTED
7        IN FULL;
8     2. The petition for approval of the minor's compromise filed on July 15, 2024 (Doc. 39)
9        is GRANTED; and
10    3. The parties shall file a stipulation for dismissal of this action with prejudice and lodge
11       a separate order within forty-five (45) days of the date of this order.

IT IS SO ORDERED.

Dated:   August 22, 2024

_____
UNITED STATES DISTRICT JUDGE